UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NIMFA PEDRASA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRI STARR HOME CARE, LLC,<br>　et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-03729 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:19-cv-07618 BLF, *Evelyn Castro v. Tri Starr Home Care, LLC, et al.*

　　　　**IT IS SO ORDERED.**

Dated: July 7, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 21-cv-03729 NC
SUA SPONTE JUDICIAL REFERRAL